Case 4:22-cv-00353   Document 22   Filed on 06/20/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jahidul Haque Hazary, Fazlul Haque Hazary, Bazlur Rahman Bhuiyan, and All Others Similarly Situated<br>  Plaintiffs,<br><br>v.<br><br>MIN Operating, Inc., Mehdi Dhukka, Henna Nasir, Amin Khoja, Imran Khoja, and Nooruddin Khoja<br>  Defendants. | Civil Action<br>File No. 4:22-cv-00353<br><br><br>Jury Demanded |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. The Court finds, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the parties' stipulation is approved.

IT IS ORDERED that all claims filed by Plaintiffs Jahidul Haque Hazary, Fazlul Haque Hazary and Bazlur Rahman Bhuiyan against Defendants MIN Operating, Inc., Mehdi Dhukka, Henna Nasir, Amin Khoja, Imran Khoja and Nooruddin Khoja are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear his, her, or its own costs and attorneys' fees associated with this action.

Signed on ____JUN 2 0 2023____, 2023, at Houston, Texas.

Hon. Alfred H. Bennett
United States District Judge